UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

USA

        Plaintiff,        Case No. 2:18-cr-00010

v.        HON. PAUL L. MALONEY

Lisa Marie Powell

        Defendant.
_____/

## ORDER

On October 12, 2018 I held a hearing on the government's motion for dismissal of indictment (ECF #48).  Paul Lochner appeared for the government and Beth LaCosse appeared on behalf of the defendant.  Defendant previously filed a written waiver of her appearance at the final pretrial conference and counsel requested the Court excuse her from this hearing for the same reasons.

IT IS HEREBY ORDERED  that jury trial currently scheduled to begin October 16, 2018 is adjourned.

I recommend that the two count indictment filed in this case be dismissed with prejudice.[1]

IT IS ORDERED

Dated: October 12, 2018        _/s/ Timothy P. Greeley_
        TIMOTHY P. GREELEY
        U.S. MAGISTRATE JUDGE

---

[1]The government indicates it wishes to reserve the right to charge defendant with other acts which occurred during this time period, but not included in the instant indictment.

## NOTICE TO PARTIES

You have the right to <u>de</u> <u>novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).