UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        Case No. 2:18-cr-10

v.                                          HONORABLE PAUL L. MALONEY

LISA MARIE POWELL,

    Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 51). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. The two count Indictment filed in this case is DISMISSED WITH PREJUDICE.

Dated: October 31, 2018                                    /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge